UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIUM INC., a Nevada corporation,

                Plaintiff,

-against-

MILLENNIUM SMOKE SHOP INC., a New York corporation,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2023

23 Civ. 6583 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 12, 2023, Plaintiff filed a "motion for entry of default." ECF No. 17. Plaintiff's motion is premature. Plaintiff must file a Proposed Clerk's Certificate of Default for the Clerk of Court's review. After Plaintiff has received a Certificate of Default from the Clerk of Court, Plaintiff may move for default in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

      Accordingly, Plaintiff's deadline to move for default judgment is extended to **November 13, 2023**. The Clerk of Court is directed to terminate the motion at ECF No. 17.

      SO ORDERED.

Dated: October 16, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge