```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIUM INC., a Nevada corporation,

                Plaintiff,

-against-

MILLENNIUM SMOKE SHOP INC., a New York corporation,

                Defendant.

23 Civ. 6583 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 13, 2023, Plaintiff re-filed a motion for default judgment. ECF No. 20; *see* ECF No. 19. Plaintiff's motion is DENIED without prejudice as to renewal. Again, Plaintiff's motion is premature. **Plaintiff must first file a Proposed Clerk's Certificate of Default for the Clerk of Court's review.** Only after Plaintiff has received a Certificate of Default from the Clerk of Court may Plaintiff move for default in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    Accordingly, Plaintiff's deadline to move for default judgment is extended to **December 12, 2023**. The Clerk of Court is directed to terminate the motion at ECF No. 20.

    SO ORDERED.

Dated: November 14, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge