# IRA LEVINE, ESQ.
*Attorney at Law*

---

543 Broadway
Massapequa, New York 11758-5009
(516) 541-1072
ilevinelaw@optonline.net

December 29, 2023

**Via ECF**
Hon. Analisa Torres
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York 10007

Re:   Millenium Inc., v. Millennium Smoke Shop Inc.
      <u>Case No. 23-cv-06583-AT</u>

Dear Judge Torres:

    I represent the Defendant. As per the Order dated December 13, 2023 (Doc. No. 30), the parties conferred and Plaintiff's counsel agreed to vacate Defendant's default, which is memorialized in the stipulation annexed hereto.

    I respectfully request that the Court "so order" the Stipulation.

Respectfully submitted,

*/s/ Ira Levine*
IRA LEVINE