UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

MILLENIUM INC., a Nevada corporation,　　　　　Case No. 23-cv-06583-AT

　　　　　　　Plaintiff,　　　　　　　　　　　　**STIPULATION VACATING DEFAULT**

　　-against-

MILLENNIUM SMOKE SHOP INC., a New York Corporation,

　　　　　　　Defendant.
------------------------------------------------------------------------------- x

　　　　WHEREAS, Plaintiff commenced this action by filing the complaint on July 28, 2023 (Doc. No. 1); and

　　　　WHEREAS, Defendant was served with the summons and complaint and did not timely appear in the action; and

　　　　WHEREAS, on November 17, 2023, the Clerk issued a certificate of default (Doc. No. 25); and

　　　　WHEREAS, on December 11, 2023, Defendant served and filed its Answer to the complaint (Doc. No. 28) and

　　　　WHEREAS, on December 12, 2023, Plaintiff submitted a motion for the entry of a default judgment (Doc. No. 29); and

　　　　WHEREAS, on December 13, 2023, the Court issued an order (Doc. No. 30) that in pertinent part directed the parties to confer as to whether they would file a joint stipulation vacating the certificate of default.

　　　　NOW, IT IS STIPULATED AND AGREED, by and between the attorneys for the parties that:

　　　　1.　　Defendant's default in timely answering the complaint, and the Certificate of

Default entered on November 17, 2023, are hereby vacated.

  2.  Defendant's answer (Doc. No. 28) is deemed timely served and filed.

  3.  Plaintiff's motion (Doc. No. 29) for the entry of a default judgment is withdrawn without prejudice.

Dated: Massapequa, New York
   December 29, 2023

MANDOUR & ASSOCIATES, APC

By: s/ Gordon E. Gray
  Gordon E. Gray, Esq.,
  admitted *pro hac vice*
Attorneys for Plaintiff
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Email: ggray@mandourlaw.com

IRA LEVINE, ESQ.
Attorney for Defendant
543 Broadway
Massapequa, New York 11758
(516) 541-1072
ilevinelaw@optonline.net

THE LAW OFFICE OF AARON M. SCHLOSSBERG, ESQ., P.L.L.C
Attorney for Plaintiff
10 City Place, PH 1A
White Plains, New York 10601 (646) 698-8752
FIRM File No. 23122-010