```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2024_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Millenium Inc., a Nevada corporation,

                        Plaintiff,

      -against-

Millennium Smoke Shop Inc., a New York corporation,

                        Defendant.

23 Civ. 6583 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On August 3, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by September 26, 2023. ECF No. 9. The Court also ordered the parties to discuss whether they are willing to consent to conducting all further proceedings before the assigned Magistrate Judge, and to file a joint letter by that same date advising the Court if any party did not so consent. ECF No. 10. Those submissions are now overdue.

       Accordingly, by **February 15, 2024**, the parties shall submit their joint letter and proposed case management plan.

       SO ORDERED.

Dated: January 3, 2024
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge