```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENIUM INC.,

            Plaintiff,

-against-

MILLENNIUM SMOKE SHOP INC.,

            Defendant.

23-CV-06583 (MMG) (JW)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except that the next conference before this Court will be **Tuesday, September 3, 2024, at 11:30 a.m**., and the parties are directed to follow Judge Garnett's individual practices for post-discovery correspondence in advance of that conference.

    Any date, deadline, conference, or oral argument before or directed by the Magistrate Judge will proceed as ordered. Counsel for the parties are directed to communicate with Magistrate Judge Willis regarding the settlement conference requested in their Case Management Plan.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge